**COMMISSIONER OF INTERNAL REVENUE v. CONVERSE COOPERAGE COMPANY.**

No. 5568.

Circuit Court of Appeals, Seventh Circuit.
July 22, 1935.

Frank J. Wideman, of Washington, D. C., for petitioner.

Before ALSCHULER, Circuit Judge.

ALSCHULER, Circuit Judge.

On motion of counsel for petitioner, it is now here ordered and adjudged that this cause be docketed in this court, and that the petition for a review of the decision of the United States Board of Tax Appeals, entered on November 9, 1929, be, and the same is hereby, dismissed.

**COMMISSIONER OF INTERNAL REVENUE v. RESERVE LOAN LIFE INSURANCE CO.**

No. 5535.

Circuit Court of Appeals, Seventh Circuit.
June 8, 1935.

Frank J. Wideman and Robert H. Jackson, both of Washington, D. C., for petitioner.

Frank G. West, of Indianapolis, Ind., for respondent.

Before EVANS, SPARKS, and ALSCHULER, Circuit Judges.

PER CURIAM.

On consideration of the stipulation of the parties to the above-entitled cause, it is this day, by the court, ordered that the cause shall be docketed herein and forthwith remanded to the United States Board of Tax Appeals for the entry by the Board of such orders therein as the parties may stipulate in accord with the decision of the Supreme Court of the United States in the case of Commissioner of Internal Revenue v. Inter-Mountain Life Ins. Co., 71 F.(2d) 962.